AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_***** \_\_\_\_\_ DISTRICT OF   NEVADA   

KEVIN M. WELLINGTON,

      Petitioner,         JUDGMENT IN A CIVIL CASE
V.

                                   CASE NUMBER: **3:08-cv-00601-HDM-RAM**

JAMES BENEDETTI, et al.,

      Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that petitioner's #4 second application to proceed *in forma pauperis* is DENIED without prejudice and that this action is DISMISSED without prejudice.


   January 20, 2009                                **LANCE S. WILSON**
                                                                     Clerk

                                                                /s/ Kalani Lizares
                                                                   Deputy Clerk